PER CURIAM.

(No. 75-CC-992—)

UTOPIA ENTERPRISES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed April 28, 1975.*

UTOPIA ENTERPRISES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.